**Richard G. Fritz, Plaintiff-Appellee, v. Donald Bess, Defendant-Appellant.**

Gen. No. M–10,693.

Fourth District.

May 9, 1966.

Kenneth E. Evans, of Decatur (James E. Fuson, of counsel), for appellant; Armstrong, Winters, Prince & Tenney, of Decatur (Joseph M. Laraia, of counsel), for appellee. Opinion by JUSTICE SMITH. Not to be published in full.